# JACOB W. VANMETER.
## v.
# WILLIAM McHARD.

The transcript of the record in this case, showed that a summons which issued against Jacob W. Vanmeter, was returned served upon *S.* W. Vanmeter; from the original summons, which was produced, it appeared that service was had upon *J.* W. Vanmeter; and that was sufficient.

WRIT OF ERROR to the Circuit Court of Rock Island county; the Hon. JOHN W. DRURY, Judge, presiding.

William McHard sued out his writ of summons in *assumpsit,* in the court below, against Jacob W. Vanmeter and Caleb M. Clark.

From the transcript of the record in the cause, it appeared that the sheriff returned the writ, with an indorsement of service upon the "within named C. M. Clark and *S.* W. Vanmeter."

But the original writ being produced in this court, it appeared that it was served upon C. M. Clark and *J.* W. Vanmeter.

A default was entered in the court below, against both defendants, and final judgment accordingly.

Vanmeter sued out this writ of error, alleging that it was erroneous to enter the default and final judgment against both the defendants, in the Circuit Court, there being no return of service of process upon himself.

Messrs. HAWLEY & WELLS, for the plaintiff in error.

Mr. J. J. BEARDSLEY, for the defendant in error.

Mr. CHIEF JUSTICE CATON delivered the opinion of the Court.

The objection is, that the return of the officer does not show a service on the defendant, Vanmeter. We have the original before us, and it is plainly " J. W. Vanmeter," and is sufficient.

The judgment is affirmed.            *Judgment affirmed.*